

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00207-CV

| | | |
|---|---|---|
| NATALIE ANN STROIK, Appellant | § | On Appeal from the 367th District Court |
| V. | § | of Denton County (20-1192-431) |
| | § | October 6, 2022 |
| DAVID LEE STROIK, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

On the court's own motion, we withdraw our prior memorandum opinion and judgment of August 11, 2022, and substitute the following.

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM